# Court of Appeals
# of the State of Georgia

ATLANTA,   June 09, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1329. BROWN-MCGHEE v. THE STATE.**

This case was docketed by this court on March 11, 2015 , and appellant's brief and enumerations of error were due March 31, 2015. Although the appellant was ordered on April 23, 2015, to file a brief within 10 days, he has not done so as of the date of this order. Because no brief has been filed, we therefore DISMISS this appeal. Court of Appeals Rule 23(a).

Because Brown-McGhee is represented by counsel, he is hereby informed of the following:

> This appeal has been dismissed because of your counsel's failure to file a timely brief and enumeration of errors on your behalf. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your conviction. If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Brown-McGhee as well as Brown-McGhee's attorney, and the attorney is also directed to send a copy to Brown-McGhee.



*Court of Appeals of the State of Georgia*
    *Clerk's Office,*
*Atlanta,* _____06/09/2015_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*